■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS RAY FOSTER, Appellant.—Order unanimously reversed and motion for resentence granted in accordance with the following memorandum: The judgment insofar as it imposes sentence is modified as a matter of discretion in the interest of justice to credit appellant on his minimum sentence of one year

(maximum life) with the time he has served in the State of Pennsylvania (CPL 470.15, subd 2, par [c]; 470.15, subd 3, par [c]; see Hechtman, Supplementary Practice Commentaries, McKinney's Cons Laws of NY, Book 39, Penal Law, 1976-1977 Pocket Part, § 70.20, pp 36-37). (Appeal from order of Erie Supreme Court—motion for resentence.) Present—Cardamone, J. P., Mahoney, Goldman and Witmer, JJ.